# *LEEDS BROWN LAW, P.C.*

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

_____*Attorneys at Law*_____

September 8, 2021

*Via ECF*

Judge Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:  <u>Grasso v. Metropolitan Transportation et al.</u>, 15-CV-2693

Dear Judge Azrack:

This office represents the plaintiff in the above referenced matter.  We have an in-person settlement conference scheduled for tomorrow at 11:00 a.m.   My client is available, and I am ready and willing to attend in person.  However, I just learned that my girlfriend and I were in a car on Sunday night with someone who tested positive for Covid this morning. My girlfriend is showing symptoms but has taken a rapid test the last two days and both were negative.  However, according to the CDC website, the tests should be taken from 3-5 days after exposure.  Therefore, I do not know if the tests she took are useful and I have not taken a test yet for that reason.  I am vaccinated and I have no symptoms.

Understandably, my client is concerned about being in the room with me given her comorbidities.  I assume the Court and opposing counsel share those concerns.  We would like the conference to proceed and can proceed by phone or virtually.  Thus, we request that the conference be switched to a telephone conference or virtual conference. Opposing counsel consents to this request.

We thank the Court for its consideration of this matter.

Very truly yours,

LEEDS BROWN LAW, P.C.

_____s/_____
Rick Ostrove

cc: all counsel via ECF